```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs. <u>NOBUYA MICHAEL OCHINERO</u> CASE NO. <u>3:14-cr-00014-SLG-DMS</u>
Defendant: <u>X</u> Present <u>X</u> In Custody

BEFORE THE HONORABLE: <u>          DEBORAH M. SMITH          </u>

DEPUTY CLERK/RECORDER: <u>          NANCY LEALAISALANOA          </u>

UNITED STATES' ATTORNEY: <u>          STEPHANIE CAROWAN COURTER          </u>

DEFENDANT'S ATTORNEY: <u>          DARREL J. GARDNER          </u>

U.S.P.O.: <u>                    CHRIS LIEDIKE                    </u>

PROCEEDINGS: INITIAL APPEARANCE ON WARRANT FOR VIOLATION OF
             CONDITIONS OF RELEASE HELD APRIL 30, 2014:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 11:05 a.m. court convened.

<u>X</u> Copy of Warrant of Arrest for Violation of Conditions of
Release given to the defendant: Summary read.

<u>X</u> Defendant advised of general rights, charges and penalties.

<u>X</u> Order of Detention Pending Sentencing **FILED**.

<u>X</u> OTHER: <u>  Imposition of Sentence previously set for **July 7,**  </u>
**2014 at 3:00 p.m.** before Judge Sharon L. Gleason.

At 11:26 a.m. court adjourned.

DATE: <u>     April 30, 2014     </u> DEPUTY CLERK'S INITIALS: <u>   NXL   </u>

Revised 1-27-14