Yokohoma June 22

Letter of support concerning Mr. Nobuya Ochinero

Dear Judge Glason.

Please let me the opportunity to introduce myself.

My name is Jacques Pierre Fonder and I was born in Belgium on October 3, 1955.. ( Age 55 years old. )

After graduating in Law at the University of Liege ( Belgium ) I have been a Lawyer for 13 years. For family reason, my wife was Belgian Diplomat I had to expratiate myself in 1994 after and started my own business after studying Japanese for one year in a program of the European commission.

Made the acquaitence of Mr. Nobuya Ochinero by becoming a member of a club of tennis in 1988 at which Mr. David Ochinero, the father of Mr. Nobuya Ochinero was already a member.

Through those activities and visit to the home of Mr. David Ochinero who became a very good friend I came to meet in many occasions Mr. Nobuya Ochinero. Since he was a graduate in Philosophy we had several subjet to discuss in common. I had a real pleasure to meet him together with his parents and sometimes by meeting only the two of us.

During this period I met a person humble on the tennis-court despite to be a good player and praising sincerely partners and opponent. We had some walk together close of the sea-side of Yokohama and I was impressed by his authentic concern about the happiness of his parents.

Dear Judge Glason, with all my consideration, I sincerely hope that this letter of support might allow to attract a positive light on the personality of Mr. Nobuya Ochinero.

Very respectfully Yours.

Jacques Pierre Fonder

Dear Judge Gleason

My name is Steve H[?]current residing in Tokyo, Japan.
I am contacting you about Nobuya Ochinero, a defendant in one of your upcoming court cases.

I know Nobuya Ochinero ('Mr. Ochinero') for over 20 yrs, which we both attended same Junior and High school in Tokyo Japan.

Mr. Ochinero and I were together in same highschool where he was my captain for both tennis and baseball team. During those years together with Mr. Ochinero, he was very motivated and active on how we can teamwork with different background & languages. He brought us the diversity that we all can accomplish a common goal.

Hope you consider this information in regards to the charges Mr. Ochinero is facing. Whatever the outcome of the trial, I want it to be known that Mr. Ochinero is an upstanding citizen of this country, and sending him to prison will harm more than it will help. Thank you for taking the time to hear my thoughts on this matter.

Sincerely,

Name:
Date: June 14, 2014

Signature _____

Dear Judge Gleason

My name is Eric Tai, current residing in Tokyo, Japan.
I am contacting you about Nobuya Ochinero, a defendant in one of your upcoming court cases.

I know Nobuya Ochinero ('Mr.Ochinero') for over 25 yrs, which we both attended same elementary, junior high and high school, in Tokyo Japan.

Mr.Ochinero and I was together in same high school baseball team, where Mr.Ochinero was the team caption in his junior/senior high school years.
During those years, Mr.Ochinero had taken leadership role to nurture younger team mates and supported team members for non-baseball related issues as well.

Hope you consider this information in regards to the charges Mr.Ochinero is facing. Whatever the outcome of the trial, I want it to be known that Mr.Ochinero is an upstanding citizen of this country, and sending him to prison will harm more than it will help. Thank you for taking the time to hear my thoughts on this matter.

Sincerely,

Name: Eric Tai
Date: June 14, 2014

Signature _____

Exhibit J - Page 3 of 6

Case 3:14-cr-00014-SLG    Document 38-9    Filed 06/30/14    Page 3 of 6

Dear Judge Gleason

My name is Chia Hao Hsieh, current residing in Tokyo, Japan.
I am contacting you about Nobuya Ochinero, a defendant in one of your upcoming court cases.

I know Nobuya Ochinero (`Mr.Ochinero`) for over 15 yrs, which we both attended same high school, in Tokyo Japan.

Mr.Ochinero and I was together in same high school baseball team, where Mr.Ochinero was the team caption.
During those years together, Mr.Ochinero was always active in his role as a team captain to ensure the team atmosphere was positive and was able to bring team members from different background together.

Hope you consider this information in regards to the charges Mr.Ochinero is facing. Whatever the outcome of the trial, I want it to be known that Mr.Ochinero is an upstanding citizen of this country, and sending him to prison will harm more than it will help. Thank you for taking the time to hear my thoughts on this matter.

Sincerely,

Name: Chia Hao Hsieh
Date: June 14, 2014
Signature



**Fw: Nobuya letter**
David Ochinero  to: jamie_mcgrady                     06/19/2014 04:20 PM

```
--- On Fri, 6/20/14, Gerri Ochinero <███████████.com> wrote:

> From: Gerri Ochinero <███████████.com>
> Subject: Nobuya letter
> To: "David Ochinero" <███████████.com>
> Date: Friday, June 20, 2014, 9:08 AM
>  June 19, 2014
>
>
> Judge Sharon L. Gleason
> Federal Courthouse
> Anchorage, Alaska
>
>
> Dear Judge Gleason,
>
> Nobuya Michael Ochinero is my nephew.  His father,
> David Ochinero, is my brother.  Although Nobuya grew up
> in Japan, he, his brother, and parents, visited California
> annually to stay in touch with the American side of the
> family - grandparents, aunts, uncle, cousins.
>
> Nobuya was fortunate to have traveled extensively.  He
> studied in Japan, the U.S. and Germany and has a Masters
> degree in Philosophy.  He speaks 3 languages, has a
> quirky sense of humor, and especially loves Southern
> California, New York, and Boston.
>
> Perhaps due to his study of Philosophy, Nobuya has become
> increasingly introspective.  He sometimes finds writing
> and painting to be expressive outlets.  Nobuya is
> smart, clever and can be a very nice guy.  Alcohol,
> though, is definitely, his enemy.
>
> I love Nobuya.  I appreciate your thoughtful
> consideration of his case.  Thank you.
>
> Most Sincerely,
>
>
> Gerri A. Ochinero
> ███████████.
> Apple Valley, CA. 92307
>
>
>
>
> Sent from my iPad
```

 **David Ochinero** to: jamie_mcgrady
Cc: Tom Ochinero, Tomoya Ochinero

06/18/2014 05:35 PM

Dear Judge Gleason,

My name is Gregg Ochinero; I am 53 years of age. I have been married to Thomas Ochinero since November 2013 and have been residing with him in Santa Monica, California since July 2013. I have been involved with the family since 2000. The past 53 years I have resided in California. More specifically the last 20 years have been spent in the greater Los Angeles area. I am a licensed dental assistant and have worked with the same practice for 20 years.

I am writing on behalf of Nobuya M. Ochinero my nephew. I believe that Noybuya is a good person. In the years that I have known him, he has held down a job and apartment without any incidences. He has proved to be a contributing citizen.

I am confident with the support of friends and family he can make it through this difficult time and resume contributing to society. I am available at anytime to lend advice and for emotional support.

Sincerely,

Gregg Ochinero