IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| v. | |
| NOBUYA MICHAEL OCHINERO, | |
| Defendant. | Case No. 3:14-cr-00014-SLG |

**ORDER**

Upon consideration of Defendant's Unopposed Motion to Schedule Status Hearing (Docket 69), the Court hereby GRANTS the motion. IT IS HEREBY ORDERED that a status hearing shall be held on **October 17, 2014 at 2:00 p.m.** before Judge Sharon Gleason in Anchorage Courtroom 3.

DATED this 3rd day of October, 2014, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE