```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                           DISTRICT OF ALASKA
```

U.S.A. vs. **NOBUYA MICHAEL OCHINERO**   CASE NO. **3:14-cr-00014-SLG**
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:          SHARON L. GLEASON

DEPUTY CLERK/RECORDER:         SUZANNETTE DAVID-WATERS

OFFICIAL REPORTER:             R. JOY STANCEL

UNITED STATES' ATTORNEY:       STEPHANIE CAROWAN COURTER

DEFENDANT'S ATTORNEY:          JAMIE McGRADY

U.S.P.O.:                      CHRIS LIEDIKE

PROCEEDINGS: ADMISSION/DISPOSITION HEARING ON AMENDED SECOND
             SUPERSEDING PETITION TO REVOKE SUPERVISED RELEASE
             (DKT 96) HELD MAY 29, 2015
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 1:50 p.m. court convened.

Court and counsel heard re status of defendant's State case and issue re transport with USM.

Copy of Amended Second Superseding Petition given to defendant.

Defendant sworn.

Defendant stated true name: same as above.

Defendant advised of allegations and penalties.

Defendant **ADMITTED** allegation 5 of the Amended Second Superseding Petition; Allegation 3 previously admitted.

Supervised Release revoked.

Defendant imprisoned for a period of **Credit for Time Served from April 25, 2015 with no supervised release to follow**.

Defendant remanded to the custody of the U.S. Marshal with a release date of **July 23, 2015.**

Continued To Page 2

```
                    CONTINUATION - PAGE 2
              U.S.A. vs. NOBUYA MICHAEL OCHINERO
                       3:14-cr-00014-SLG
       ADMISSION/DISPOSITION HEARING ON AMENDED SECOND SUPERSEDING
            PETITION TO REVOKE SUPERVISED RELEASE (DKT 96)
                          MAY 29, 2015
------------------------------------------------------------------
```

On motion of the U.S. Attorney, remaining allegations 1, 2, 4, 6 of the Amended Second Superseding Petition to Revoke Supervised Release (dkt 96) **DISMISSED.**

At 2:09 p.m. court adjourned.

DATE:     May 29, 2015          DEPUTY CLERK'S INITIALS:   SDW

(Revised 2-10-15)