| UNITED STATES OF AMERICA, | **2ND AMENDED JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| vs. | (For Revocation of Probation or Supervised Release) For Offenses Committed On or After November 1, 1987 |
| NOBUYA MICHAEL OCHINERO. | (Original Judgment filed 7/8/2014 ) Case Number: 3:14-cr-00014-01-SLG |
| | Jamie McGrady |
| | Defendant's Attorney |

Defendant's probation officer filed a petition on   5/4/2015   accusing defendant of  6  violations of the conditions of supervision provided in the original judgment.  Defendant   ADMITTED allegations 3 and 5 of the Amended Second Superseding Petition to Revoke Supervised Release (dkt 96) . All necessary hearings have been conducted.  The court finds that the following violations are proved:

| Accusation # | Condition # | Nature of Violation | Date | Grade |
|---|---|---|---|---|
| 3 | Mandatory | Committed Crime | 8/27/2014 | B |
| 5 | Special | Consumed Alcohol | 4/25/2015 | C |

Allegation(s)   1,2,4,6 of the Amended Second Superseding Petition to Revoke Supervised Release (dkt 96)  are dismissed on motion of the government.

The court finds that the following accusations are not proved:_____.

The court concludes that the conditions of supervision set forth in the court's original judgment are subject to revocation pursuant to 18 U.S.C. § 3583(e); and defendant is now sentenced as provided on page 2 of this amended judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984, as amended.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

MAY 29, 2015
Date of Disposition Hearing

/S/ SHARON L. GLEASON
Signature of Judicial Officer
SHARON L. GLEASON, U.S. DISTRICT JUDGE
Name & Title of Judicial Officer

MAY 29, 2015
Date

**IMPRISONMENT ON REVOCATION OF SUPERVISED RELEASE**

Defendant's supervised release having been revoked, the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of <u>CREDIT FOR TIME SERVED from April 25, 2015 with no supervised release to follow and a release date of July 23, 2015</u>.

- [X] The court makes the following recommendations to the Bureau of Prisons:

    Court recommended that the defendant serve his time at FCI Terminal Island.

- [X] The defendant is remanded to the custody of the United States Marshal.

- [_] The defendant shall surrender to the United States Marshal for this district,
    - [_] at _____ a.m. / p.m. on _____.

- [_] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons,
    - [_] before 2 p.m. on _____.
    - [_] as notified by the United States Marshal.
    - [_] as notified by the probation office.

**RETURN**

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.

                                        _____
                                              United States Marshal

                                        By _____
                                              Deputy Marshal